UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | CASE NO. 06-559M |
|     Plaintiff,     ) | |
|     v.     ) | DETENTION ORDER |
| THANH SONG VO,     ) | |
|     Defendant.     ) | |

<u>Offense charged</u>:

    Possession with Intent to Distribute Marijuana

<u>Date of Detention Hearing</u>:     October 26, 2006

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Defendant has been indicted in the District of Montana for Possession with Intent

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

to Distribute Marijuana, Case No. CR 06-55 (Dkt. 1). After an identity hearing in this Court, defendant has been found to be the person named in the Indictment and an Order of Transfer has been signed. (Dkt. 6).

(2) Defendant's criminal history includes a number of failures to appear for hearing. He has a prior forgery conviction and a number of other felony charges. He has a pending charge for Driving While Under the Influence set for jury trial on November 13, 2006. Some of the information provided to Pretrial Services about his family history was contradicted by his girlfriend. He claims to rarely drink alcohol, but has a number of alcohol related driving charges on his criminal history. On the advice of counsel, he did not answer additional questions about substance abuse, so that factor is unknown. He has no known ties to the charging District.

(3) Defendant poses a risk of nonappearance due to a history of failing to appear for court hearings, a lack of ties to the District of Montana, and some conflicting information about family history and substance abuse.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 27th day of October, 2006.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91